■ LOWELL GROSSE, Appellant, v CHELUS, HERDZIK, SPEYER, MONTE & PAJAK, P.C., Respondent. (Appeal No. 2.) [782 NYS2d 203]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered August 28, 2003. The order granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988 [1988]; Chase Manhattan Bank v Roberts & Roberts, 63 AD2d 566 [1978]; see also CPLR 5501 [a] [1]). Present—Scudder, J.P., Kehoe, Gorski and Hayes, JJ.

■ In the Matter of SHAWBUCKS, INC., et al., Appellants, v JAMESTOWN URBAN RENEWAL AGENCY et al., Respondents. [782 NYS2d 211]—Appeal from a judgment (denominated order) of the Supreme Court, Chautauqua County (Joseph Gerace, J.), entered November 24, 2003 in a proceeding pursuant to CPLR article 78. The judgment dismissed the amended petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Kehoe, Gorski and Hayes, JJ.

■ In the Matter of PAMELA R. ALBEE, an Attorney, Resignor. [782 NYS2d 195]—Voluntary resignation accepted and name removed from the roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Green, J.P., Pine, Scudder, Gorski and Lawton, JJ.

■ In the Matter of ELIZABETH L. AMARU, an Attorney, Resignor. [782 NYS2d 194]—Voluntary resignation accepted and name removed from the roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Green, J.P., Pine, Scudder, Gorski and Lawton, JJ.